926

In the Matter of the Claim of BERTHA SHOTKIN, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— The attorney for the respondent is allowed the sum of $175.75 for his fees and disbursements. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 924.]

HELEN A. LANG, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal from an order of the Supreme Court, Special Term, Albany County, which granted, upon conditions, plaintiff-respondent's motion to be relieved from an order of preclusion which became effective upon her failure to serve a bill of particulars within the time specified in such order. The application was first denied but thereafter granted upon the reargument or renewal of the application which the Special Term in a reasonable exercise of its discretion permitted, upon the presentation of more detailed proof, including an affidavit of the attorney of record, whose previous failure to present an affidavit had been remarked upon by the Special Term in its initial denial of the application. We find in the determination of the motion proper no abuse of discretion. The experienced Justice who heard the application was warranted in finding in the combination of a number of unusual circumstances contributing to cause the default sufficient grounds for relieving respondent from the original order of preclusion. In this somewhat exceptional factual situation, the Special Term was not bound to follow the stricter practice contemplated by our decision in Paris v. Poticha (1 A D 2d 277), although in the absence of exceptional circumstances that practice should be followed. Order unanimously affirmed, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. PETERS, Appellant.— Motion to vacate a determination entered on July 7, 1955 and for a reversal of the conviction and for an order granting a new trial. Motion denied. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 286 App. Div. 925; post, p. 989.]

## (October 25, 1957)

In the Matter of ROBERT M. SELBST, Appellant, against JAMES P. ASKIN et al., Individually and Constituting the Board of Elections of Sullivan County, Respondents.— Appeal from an order of the Supreme Court, Special Term, Sullivan County which denied the petitioner's application for an order directing respondents to accept and file certain alleged nominations made by the Liberal Party. It appears that the paper filed by the petitioner did not comply with the requirements for a certificate of nomination under the Election Law (§ 131, subd. 9); and also that it was not executed in conformity with the rules and regulations of the County Committee of the Liberal Party in Sullivan County (Election Law, § 131, subd. 5). There are other defects in the petitioner's proceedings which we are not required to pass upon at this time. Order unanimously affirmed, without costs. Present— Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.